UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD MICHAEL BILLIOT | CIVIL ACTION |
| VERSUS | NO. 19-12363 |
| RICHARD P. NEAL ET AL. | SECTION "T" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Chad Michael Billiot's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 30th day of December, 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE